# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
February 9, 2024

Lyle W. Cayce
Clerk

No. 23-40173
Summary Calendar

———————————

United States of America,

*Plaintiff—Appellee*,

*versus*

Ricardo Campos-Basurto,

*Defendant—Appellant*.

———————————

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:20-CR-321-1

———————————

Before Jolly, Higginson, and Duncan, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Ricardo Campos-Basurto has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Campos-Basurto has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Campos-

———————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-40173

Basurto's claims of ineffective assistance of counsel; we therefore decline to consider those claims without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Campos-Basurto's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.